AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BEYER, LAURA T. | U.S. BANKRUPTCY COURT, WESTERN DISTRICT OF NORTH CAROLINA | 07/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CHIEF BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

CHARLES R. JONAS FEDERAL BUILDING
401 WEST TRADE ST.
CHARLOTTE NC 28202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | John Michael Turner Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 07/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Parker Poe Adams & Bernstein - Equity Partnership Draw |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Western Dist. Bankruptcy Seminar | 5/15/15 | Charlotte, NC | Seminar | Tuition and lunch |
| 2. | NC Bar Bankruptcy Institute | 11/05/15 - 11/07/2015 | Pinehurst,, NC | Seminar | Stipend for hotel, mileage and parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 07/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Joseph M. Turner Family, LP | E | Rent | N | W | | | | | |
| 2. - Rental House 1, Tifton, GA | D | Rent | M | Q | | | | | |
| 3. - Rental House 2, Tifton, GA | D | Rent | M | Q | | | | | |
| 4. - Rental House 3, Tifton, GA | C | Rent | M | Q | | | | | |
| 5. - Rental House 4, Tifton, GA | D | Rent | L | Q | | | | | |
| 6. South Georgia Bank Cash Account (X) | A | Interest | K | T | | | | | |
| 7. Joseph M. Turner Children's Partnership | | | | | | | | | |
| 8. - Farm 1, Ashburn, GA | D | Rent | P1 | W | | | | | |
| 9. - Farm 2, Ashburn, GA | D | Rent | N | W | | | | | |
| 10. - South Georgia Bank Cash Account | A | Interest | L | T | | | | | |
| 11. - Wells Fargo Stock Account | | | | | | | | | |
| 12. -- Alliance Resources Partners LP | | None | J | T | | | | | |
| 13. -- AT&T Inc. | A | Dividend | K | T | | | | | |
| 14. -- Johnson & Johnson | B | Dividend | L | T | | | | | |
| 15. -- Novartis AG SPON ADR | A | Dividend | K | T | | | | | |
| 16. -- Pepsico Inc. | A | Dividend | K | T | | | | | |
| 17. -- Pfizer Incorporated | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Proctor & Gamble Co. | B | Dividend | K | T | | | | | |
| 19. -- The Southern Company | A | Dividend | K | T | | | | | |
| 20. -- ADT Corp./THE | A | Dividend | J | T | | | | | |
| 21. -- Coca-Cola Company | A | Dividend | K | T | | | | | |
| 22. Charles Schwab Brokerage Account | | | | | | | | | |
| 23. -- Capital One Financial CP | A | Dividend | | | Sold | 03/23/15 | J | B | |
| 24. -- Sprint Nextel Corp. | | None | | | Sold | 03/23/15 | J | | |
| 25. -- Hennessy Small Cap Financial Fund Inv CL | | None | | | Sold | 03/23/15 | J | B | |
| 26. -- Janus Enterprises FD CL T | | None | | | Sold | 03/23/15 | J | | |
| 27. -- Janus Research FD CL T | | None | | | Sold | 03/23/15 | J | B | |
| 28. -- Perkins Mid Cap Value FD CL T | | None | | | Sold | 03/23/15 | J | B | |
| 29. -- Schwab Int'l Index Fund | | None | | | Sold | 03/23/15 | J | | |
| 30. --Schwab MarketTrack Growth | | None | | | Sold | 03/23/15 | K | D | |
| 31. -- Schwab Small Cap Index Fund | | None | | | Sold | 03/23/15 | J | B | |
| 32. -- Europacific Growth Fund | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 33. -- Columbia Acorn Int'l Fund | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 34. -- Dodge & Cox Int'l Fund | A | Dividend | J | T | Buy | 03/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Fidelity Advisor Mid Cap II Fund | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 36. -- Fidelity Advisor New Insights Fund | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 37. -- Franklin Federal Intermediate--Term Tax-Free Income Fund | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 38. -- Fidelity Advisor Intermediate Muni Income Fund | | None | J | T | Buy | 03/23/15 | J | | |
| 39. -- JPMorgan Emerging Markets Equity Fund | | None | | | Buy | 03/23/15 | J | | |
| 40. | | | | | Sold | 12/07/15 | J | | |
| 41. -- John Hancock Disciplined Value Mid Cap Fund | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 42. -- MFS Value Fund | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 43. -- Northern Small Cap Value Fund | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 44. -- Pimco Commodities Plus Strategy Fund | A | Dividend | | | Buy | 03/23/15 | J | | |
| 45. | | | | | Sold | 12/07/15 | J | | |
| 46. -- T Rowe Price Emerging Markets Stock | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 47. -- T Rowe Price Real Estate | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 48. -- General Mny Mkt. Fund | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 49. -- Invesco Balanced-Risk Commodity Strategy Fund | | None | J | T | Buy | 12/07/15 | J | | |
| 50. -- New World Fund | A | Dividend | J | T | Buy | 12/07/15 | J | | |
| 51. Charles Schwab Bank Checking Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Charles Schwab Roth Contributory IRA | A | Dividend | J | T | | | | | |
| 53. -- Schwab 1000 Index Fund | | | | | | | | | |
| 54. -- Vanguard Growth & Income Fund Investor Shares | | | | | | | | | |
| 55. Charles Schwab Roth Contributory IRA | A | Dividend | J | T | | | | | |
| 56. -- Janus Growth & Incm CL T | | | | | | | | | |
| 57. -- Schwab 1000 Index Fund | | | | | | | | | |
| 58. Wells Fargo Cash Accounts | A | Interest | L | T | | | | | |
| 59. Wells Fargo Retirement Savings Account | A | Interest | J | T | | | | | |
| 60. McGuireWoods Retirement Savings Plan (no control) | | | | | | | | | |
| 61. -- TRP RET 2035 Active Trust A | A | Dividend | | | Sold | 03/24/15 | L | | |
| 62. -- Columbia Acorn Int'l Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 63. -- Delaware Emerging Markets Fund | A | Dividend | | | Buy | 05/05/15 | J | | |
| 64. | | | | | Sold | 12/07/15 | J | | |
| 65. -- Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 66. -- Europacific Growth Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 67. -- Fidelity Advisor Mid Cap II Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 68. -- Fidelity Advisor New Insights Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- The Oakmark Int'l Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 70. -- Hartford World Bond Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 71. -- Int'l Growth and Income Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 72. -- John Hancock Disciplined Value Mid Cap Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 73. -- MFS Value Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 74. -- Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 75. -- Northern Small Cap Value Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 76. -- Pimco Income Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 77. -- Pimco Commodities Plus Strategy Fund | A | Dividend | | | Buy | 05/05/15 | J | | |
| 78. | | | | | Sold | 12/07/15 | J | | |
| 79. -- Principal High Yield Fund | A | Dividend | | | Buy | 05/05/15 | J | | |
| 80. | | | | | Sold | 06/29/15 | J | | |
| 81. -- T Rowe Price Emerging Markets Stock | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 82. -- T. Rowe Price Real Estate | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 83. -- Templeton Global Bond Fund | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 84. -- Invesco Balanced-Risk Commodity Strategy Fund | A | Dividend | J | T | Buy | 12/07/15 | J | | |
| 85. -- New World Fund | A | Dividend | J | T | Buy | 12/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TIAA-CREF Davidson College Tax Deferred Annuity Plan | | | | | | | | | |
| 87. -- CREF Global Equities | A | Dividend | J | T | | | | | |
| 88. Parker Poe Adams & Bernstein 401(k) Profit Sharing | | | | | | | | | |
| 89. -- Amer Beacon Lrg Cap Value/Inst | A | Dividend | K | T | | | | | |
| 90. -- Amer Century Small Cap Value Instl | A | Dividend | K | T | | | | | |
| 91. -- Artisan Mid Cap Instl | A | Dividend | M | T | | | | | |
| 92. -- Baron Small Cap Instl | A | Dividend | K | T | | | | | |
| 93. --Gman Sachs MdCap Val/Inst | A | Dividend | L | T | | | | | |
| 94. -- MainStay Large Cap Growth I | A | Dividend | L | T | | | | | |
| 95. -- American Funds Euro Pacific Gr R6 | A | Dividend | L | T | | | | | |
| 96. -- Vanguard Total Bond Market Index Admiral | A | Dividend | L | T | | | | | |
| 97. -- Wells Fargo Stable Return Fund F | A | Dividend | K | T | | | | | |
| 98. -- Wells Fargo Target 2035 CIT E3 | | None | | | Sold | 04/17/15 | J | A | |
| 99. -- Wells Fargo/BlackRock S&P 500 Idx CLT F | A | Dividend | M | T | | | | | |
| 100. -- Wells Fargo Target 2035 CIT F | A | Dividend | J | T | Buy | 04/17/15 | J | | |
| 101. Learning Quest 529 Moderate Portfolio | A | Dividend | M | T | | | | | |
| 102. VA 529 Aggressive Portfolio | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Guardian Whole Life Policy #1 | A | Dividend | J | T | | | | | |
| 104. Guardian Whole Life Policy #2 | A | Dividend | J | T | | | | | |
| 105. Guardian Whole Life Policy #3 | A | Dividend | J | T | | | | | |
| 106. Northwestern Mutual Whole Life Policy | A | Dividend | J | T | | | | | |
| 107. Proctor and Gamble Common Stock (X) | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 07/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

The income earned by the Joseph M. Turner Children's Partnership also includes rental income. The basis for the value of the rental houses under Part VII on lines 2 - 5 is the tax value as of December 31, 2013.

I. POSITIONS

I am not listing any positions in Part I related to the partnerships reported in Part VII on lines 1 and 7 as my interest is as a limited partner and a partner, respectively, and I have no managerial responsibilities. See Instructions page 9.

Part VII, Line 22: Charles Schwab Brokerage Account: All assets transferred in kind to advisory account at Northwestern Mutual.
Part VII, Line 60: McGuireWoods Retirement Savings Plan (no control): All assets liquidated and cash transferred to rollover IRA account at Northwestern Mutual.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ LAURA T. BEYER

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544